# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] CARMEN TORRES-PACHECO,<br>[2] JINNETTE RIVERA-GOMEZ,<br>Defendants, | INDICTMENT<br><br>Criminal No. 11- 69 (ADC)<br><br>Violations:<br>Title 18, United States Code, Sections 1715 and 2.<br><br>(ONE COUNT) |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 10, 2011, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] CARMEN TORRES-PACHECO,**
**[2] JINNETTE RIVERA-GOMEZ,**

the defendants herein, aiding and abetting each other, did knowingly cause to be delivered by mail according to the directions thereon, a parcel containing firerams capable of being concealed on the person and declared nonmailable, to wit: a Glock pistol, black in color, model 27, caliber .40, serial number PEA247 with one magazine and a Glock pistol, black in color, model 22, caliber .40, serial number NBL203 with one magazine; which firearms had been shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 1715 and 2.

TRUE BILL

*ROSA EMILIA RODRIGUEZ-VELEZ*
United States Attorney

FOREPERSON
Date: FEB 23, 2011

_____
Jose A. Ruiz-Santiago
Assistant U.S. Attorney
Chief, Criminal Division

_____
Warren Vazquez
Assistant U. S. Attorney
Acting Chief Violent Crimes Unit

_____
Carmen M. Marquez
Assistant U.S. Attorney

1